IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02658-CMA-MJW

SARAH HARVEY-HART,

    Plaintiff,

v.

VAIL BAPTIST CHURCH, INC., a Colorado non-profit corporation
a/k/a TRINITY BAPTIST CHURCH OF VAIL, INC. d/b/a Thrifty Shoppe, and
VAIL VALLEY CARES, INC., a Colorado non-profit corporation
d/b/a Thrifty Shoppe,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice – Vail Baptist Church, Inc. (Doc. # 17) and Stipulation for Dismissal With Prejudice As To Vail Valley Cares, Inc. DBA Thrifty Shoppe (Doc. # 18). Upon review of these documents and the file, the Court notes that there are no further Defendants in this matter. Therefore, it is

ORDERED that this case is hereby DISMISSED WITH PREJUDICE in its entirety, each party to pay his, her or its own costs and attorney fees.

DATED: January __21__, 2011

                                                          BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge